UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CATHLEEN GREEN, individually and as parent and natural
guardian of JJW, an infant under the age of fourteen (14) years,

                            ***STIPULATION***

                 Plaintiffs,

                          20 Civ. 5525 (AEK)

       v.

CATSKILL REGIONAL MEDICAL CENTER, ST. LUKE'S
CORNWALL HOSPITAL, UNITED STATES OF AMERICA,
CRYSTAL RUN HEALTHCARE, TAPTI PANDA, M.D. and
FLORENCE LAZAROFF, M.D.,

                 Defendants.
------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for

the parties herein that depositions shall continue as follows:

       Defendant FLORENCE LAZAROFF on March 11, 2022
       Non-Party Kathleen Swanson on March 24, 2022
       Nurse Whitehead on or about April 22, 2022
       Defendant ST. LUKE'S CORNWALL HOSPITAL by witnesses, Lori Holmes, RN, and
       Julie Kaese, RN, on or about April 29, 2022
       Non-Party Dr. Prabhakar Kocherlakota on or about April 29, 2022

       This Stipulation may be filed with the clerk of the court without further notice.

       **IT IS FURTHER STIPULATED**, that, facsimile transmission of this Stipulation and signature

contained herein shall be deemed to be originals.

Dated:  New York, New York
        March 9, 2022

**KRAMER, DILLOF, LIVINGSTON**       **DAMIAN WILLIAMS**
**& MOORE**                  US Attorney for the SDNY

*Carmine A. Rubino*_____     *Carly Weinreb*_____
Carmine A. Rubino, Esq.            Jennifer Jude, Esq.
Attorneys for Plaintiffs            Carly Weinreb, Esq.
217 Broadway                  Attorneys for Defendant
New York, New York 10007        **UNITED STATES OF AMERICA**
(212) 267-4177               86 Chambers Street, 3rd Fl.
New York, NY  10007          New York, NY  10007
                         (212) 637-2769/2663

**ARCIERO MCMILLAN & BURGESS, PC**

*Kristin Larson Doyle*_____
Kristin Larson Doyle, Esq.
Attorneys for Defendant
**ST. LUKE'S CORNWALL HOSPITAL**
299 Windsor Highway
New Windsor, NY 12553
(845) 420-7877

**KAUFMAN BORGEEST & RYAN LLP**

*Patrick A. Dolan*_____
Patrick A. Dolan, Esq.
Attorneys for Defendants
**CATSKILL REGIONAL MEDICAL
CENTER**
200 Summit Lake Drive
Valhalla, NY 10595
Direct: (914) 449-1000

**FELDMAN KLEIDMAN COFFEY &
SAPPE, LLP**

*Robert Sappe*_____
Robert Sappe, Esq.
Attorneys for Defendants
**CRYSTAL RUN HEALTHCARE
TAPTI PANDA, M.D. and
FLORENCE LAZAROFF, M.D.**
995 Main Street, P.O. Box A
Fishkill, New York 12524
(845) 897-5199